## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| STRATEGIC FUNDRAISING, INC., | Case No. 15-11707 (KJC) |
| Debtor. | |
| David W. Carickhoff, solely in his capacity as chapter 7 trustee of Strategic Fundraising, Inc., <br> Plaintiff, <br> v. <br> Broadband Dynamics, L.L.C., <br> Defendant. | Adv. No.:  17-50946 (KJC) |

## STIPULATION GRANTING DEFENDANT AN EXTENSION
## OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD

The parties to the above-captioned Adversary Proceeding (the "Adversary Proceeding"), by and through their undersigned counsel, hereby stipulate and agree as follows:

(1)     Broadband Dynamics, L.L.C. ("Defendant") shall have up to and including October 22, 2017 (the "Extension Period"), to file an answer, move, or otherwise plead in response to the Complaint of David W. Carickhoff, Chapter 7 Trustee for the bankruptcy estate of Strategic Fundraising, Inc. ("Plaintiff") to avoid and recover preferential transfers and to disallow any claims held by Defendant (the "Complaint");

(2)     Defendant agrees that the Summons and Complaint in this Adversary Proceeding were properly served on the Defendant, and the Defendant agrees not to raise an affirmative defense to, or otherwise challenge, the sufficiency of service of process; and

(3)     Defendant admits that the Summons and Complaint contain the proper name of the Defendant and that the Plaintiff has commenced this Adversary Proceeding against the properly named Defendant; or, alternatively, the Defendant agrees not to raise an affirmative defense, or otherwise claim, that Plaintiff failed to properly name the Defendant.

(4)     The Parties agree to discuss in good faith a potential resolution of this matter during the Extension Period.

Dated: September 18, 2017
ARCHER & GREINER, P.C.

By: _/s/  Alan M. Root_____
Alan M. Root (No. 5427)
S. Alexander Faris (No. 6278)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel:  (302) 777-4350
afaris@archerlaw.com

*Attorneys for David W. Carickhoff,*
*Chapter 7 Trustee*

Dated:  September 18, 2017
SIMMS SHOWERS LLP

By: */s/ J. Stephens Simms*_____
J. Stephens Simms
SIMMS SHOWERS LLP
201 International Circle, Suite 250
Hunt Valley, MD 21030
Tel: (410) 783-5795
jssimms@simmsshowers.com

*Attorney for Defendant*

213242383v1