UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| STRATEGIC FUNDRAISING, INC., *et al.*[1], | Case No. 15-11707 (KJC) <br> (Jointly Administered) |
| Debtors. | |
| DAVID W. CARICKHOFF, Chapter 7 Trustee, <br><br> Plaintiff, <br> v. <br><br> ACC BUSINESS <br> ANPI BUSINESS, LLC <br> BROADBAND DYNAMICS, L.L.C. <br> JOHNSON/ANDERSON AND ASSOCIATES, LLC <br> NOBELBIZ, INC. <br> OAKS TECH CENTER IV <br> TMA DIRECT, INC. <br> CLIFTONLARSONALLEN, LLP <br><br> Defendants. | <br><br><br><br><br> Adversary No. 17-50944 (KJC) <br> Adversary No. 17-50945 (KJC) <br> Adversary No. 17-50946 (KJC) <br> Adversary No. 17-50947 (KJC) <br><br> Adversary No. 17-50948 (KJC) <br> Adversary No. 17-50949 (KJC) <br> Adversary No. 17-50950 (KJC) <br> Adversary No. 17-50953 (KJC) |

**NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE**

PLEASE TAKE NOTICE that the Pretrial Conference scheduled for October 3, 2017 at 11:00 am (ET) in the above-captioned adversary proceedings has been adjourned until December 5, 2017 at 1:00 pm (ET).

Dated:  September 29, 2017

By:  /s/  *Alan M. Root*
Alan M. Root (No. 5427)
ARCHER & GREINER, P.C.
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
Telephone: (302) 777-4350
Facsimile:  (302) 777-4352
Email: aroot@archerlaw.com

Attorneys for Chapter 7 Trustee

213293559v1

---

[1] The Debtors are the following entities: SFI Holding Company (15-11705), Strategic Fundraising, Inc. (15-11707), CallAssistant, LC (15-11708), CASF Commercial Company, LLC (15-11709), CASF Tech US, LLC (15-11710), CASF Holding Company, LLC (15-11711), Cebu Holding Company, LLC (15-11712), CASF Tech International, LLC (15-11713), Marketing Technologies Group, LLC (15-11714).