UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STRATEGIC FUNDRAISING, INC., *et al.*[1],<br><br>Debtors. | Chapter 7<br><br>Case No. 15-11707 (KJC)<br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF ALAN M. ROOT IN SUPPORT OF THE APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING RETENTION OF ARCHER & GREINER, P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO AUGUST 31, 2015**

I, Alan M. Root, do hereby declare as follows:

1. I am an attorney associated with the law firm of Archer & Greiner, PC ("A&G" or the "Firm"), which maintains an office for the practice of law at, among other places, 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801.

2. I submit this declaration (the "Supplemental Declaration") to supplement the affidavit(s) previously submitted on behalf of A&G in support of the engagement of A&G as counsel to David W. Carickhoff, the Chapter 7 Trustee (the "Trustee"), in the above-captioned case (the "Chapter 7 Case") and to provide disclosures regarding changes in A&G's hourly rates.

3. As described in the *Application of the Chapter 7 Trustee for an Order Authorizing Retention of Archer & Greiner, P.C. as Counsel to the Chapter 7 Trustee Nunc Pro Tunc to August 31, 2015* [Docket No. 35] (the "Retention Application"), A&G's hourly billing rates are subject to periodic review and adjustments to reflect, among other things, changes in responsibilities and increased experience. A&G last increased its hourly rates in October of

---

[1] The Debtors are the following entities: SFI Holding Company (15-11705), Strategic Fundraising, Inc. (15-11707), CallAssistant, LC (15-11708), CASF Commercial Company, LLC (15-11709), CASF Tech US, LLC (15-11710), CASF Holding Company, LLC (15-11711), Cebu Holding Company, LLC (15-11712), CASF Tech International, LLC (15-11713), Marketing Technologies Group, LLC (15-11714).

2016, and has determined that it needs to increase its hourly rates in order to adjust for certain changes in economic conditions and increased operating costs. The Retention Application was approved by the Court's Order entered on October 26, 2015 [Docket No. 75] (the "Retention Order"). Pursuant to the Retention Application and Retention Order, A&G is to provide reasonable notice to the Chapter 7 Trustee and the U.S. Trustee in connection with any increase of A&G's hourly billing rates and file a notice of any such increase with the Court.

4. Effective as of October 1, 2017, A&G has increased the hourly rates of all A&G's professionals working in its offices with respect to all matters. The hourly rates of professionals, including those involved with representation of the Chapter 7 Trustee, have been increased as follows:

| Professional Type and Level | Old Hourly Rate | New Hourly Rate |
| --- | --- | --- |
| Stephen M. Packman – Shareholder | $590.00 | $615.00 |
| L. Gerald Rigby – Shareholder | $560.00 | $580.00 |
| David W. Carickhoff – Partner | $535.00 | $555.00 |
| Jerrold S. Kulback - Partner | $450.00 | $470.00 |
| Douglas G. Leney – Partner | $360.00 | $375.00 |
| Alan M. Root – Associate | $415.00 | $430.00 |
| S. Alexander Faris - Associate | $250.00 | $265.00 |
| Michelle N. Friedman - Paralegal | $225.00 | $235.00 |

5. The new hourly rates for professionals to be charged by A&G are reasonable based upon the customary compensation charged by A&G and comparably skilled professionals at other firms in cases and matters other than in cases under the Bankruptcy Code. A&G has

carefully considered this rate increase, as well as the rate increases of other law firms providing similar services.

6.      A&G has notified the Chapter 7 Trustee of the hourly rate increases disclosed in this Supplemental Declaration.

7.      The foregoing constitutes the Supplemental Declaration of A&G pursuant to the Retention Order.

Dated:  October 3, 2017                                   By: /s/ Alan M. Root
                                                                Alan M. Root (#5427)
                                                                ARCHER & GREINER
                                                                 A Professional Corporation
                                                                 300 Delaware Ave., Suite 1100
                                                                Wilmington, DE  19801
                                                                (302) 777-4350
                                                                (302) 777-4352 (fax)
                                                                aroot@archerlaw.com
                                                                *Counsel to David W. Carickhoff,*
                                                                *Chapter 7 Trustee*

115143979v2