# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STRATEGIC FUNDRAISING, INC., *et al.*,<br><br>　　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 15-11707 (KJC)<br>(Jointly Administered)<br><br>**Re: Bankr. Dkt. No. 178** |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee of Strategic Fundraising, Inc. and SFI Holding Company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CLIFTONLARSONALLEN LLP,<br><br>　　　　　　　　　　　Defendant. | Adversary No. 17-50953 (KJC) |

## CERTIFICATE OF NO OBJECTION REGARDING CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER APPROVING SETTLEMENT WITH CLIFTONLARSONALLEN LLP

On October 5, 2018, David W. Carickhoff, Chapter 7 Trustee (the *"*Trustee*"*) filed the *Chapter 7 Trustee's Motion for an Order Approving Settlement With CliftonLarsonAllen LLP* [Bankr. Dkt. No. 178] (the *"*Motion*"*).

Pursuant to the notice filed with the Motion, objections to the Motion were to be filed and served no later than October 26, 2018 at 4:00 p.m. The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the Motion. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order in the form attached to the Motion.

| | |
|---|---|
| Dated:  November 8, 2018 | **ARCHER & GREINER, P.C.**<br><br>/s/ S. Alexander Faris<br>Alan M. Root (No. 5427)<br>S. Alexander Faris (No. 6278)<br>300 Delaware Ave., Suite 1100<br>Wilmington, DE  19801<br>Telephone:  (302) 777-4350<br>Facsimile:   (302) 777-4352<br>Email:  afaris@archerlaw.com<br><br>*Attorneys for the Chapter 7 Trustee* |

215466054v1