# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> STRATEGIC FUNDRAISING, INC., *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 15-11707 (LSS) <br> (Jointly Administered) <br><br> **Hearing Date: To be Heard with TFR** <br> **Objection Deadline: TBD** |

## SECOND INTERIM AND FINAL FEE APPLICATION OF ARCHER & GREINER, P.C., COUNSEL TO DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 31, 2015 THROUGH APRIL 30, 2023

| | |
|---|---|
| *Name of Applicant*: | Archer & Greiner, P.C. |
| *Authorized to Provide Professional Services to*: | David W. Carickhoff, Chapter 7 Trustee |
| *Date of Retention*: | October 26, 2015, *nunc pro tunc* to August 31, 2015 |
| *Period for which Interim Compensation and Reimbursement is Sought*: | August 1, 2019 through April 30, 2023 |
| *Amount of Interim Compensation Sought as Actual, Reasonable, and Necessary*: | $23,104.00 |
| *Amount of Interim Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $574.09 |
| *Period for which Final Compensation and Reimbursement is Sought*: | August 31, 2015 through April 30, 2023 |
| *Amount of Final Compensation Sought as Actual, Reasonable, and Necessary*: | $290,958.50 |

---

[1] The Debtors are the following entities: SFI Holding Company (15-11705), Strategic Fundraising, Inc. (15-11707), CallAssistant LC (15-11708), CASF Commercial Company, LLC (15-11709), CASF Tech US, LLC (15-11710), CASF Holding Company, LLC (15-11711), Cebu Holding Company, LLC (15-11712), CASF Tech International, LLC (15-11713), Marketing Technologies Group, LLC (15-11714).

*Amount of Final Expense Reimbursement*
*Sought as Actual, Reasonable, and Necessary*:     $19,881.11

This is a:        _____ Monthly     _____ Interim     __✓__ Final Application

| Prior Interim Applications | | Requested | | Allowed | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 8/28/2019 [D.I. 187] | 8/31/2015 – 7/31/2019 | $267,854.50 | $19,307.02 | $267,854.50 | $19,307.02 |
| **TOTALS** | | **$267,854.50** | **$19,307.02** | **$267,854.50** | **$19,307.02** |

229227610 v2

## ATTACHMENT B
## SUMMARY OF ARCHER & GREINER FEES FOR THE PERIOD
## AUGUST 31, 2015 THROUGH APRIL 30, 2023

| NAME OF PROFESSIONAL | POSITION, YEAR ASSUMED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Bershak, Barbara A. | Legal assistant | $120.00 | 7.5 | $900.00 |
| Dering, Jennifer L. | Former Associate | $300.00 | 56.6 | $16,980.00 |
|  |  | $330.00 | 81.2 | $26,796.00 |
|  |  | $350.00 | 28.4 | $9,940.00 |
| Donio, Tiffany W. | Former Partner | $360.00 | 2.9 | $1,044.00 |
| Faris, S. Alexander | Former Associate | $250.00 | 23.1 | $5,775.00 |
|  |  | $265.00 | 40.2 | $10,653.00 |
|  |  | $285.00 | 3.5 | $997.50 |
| Friedman, Michelle N. | Former Paralegal | $210.00 | 6.6 | $1,386.00 |
|  |  | $225.00 | 32.6 | $7,335.00 |
|  |  | $235.00 | 11.7 | $2,749.50 |
| Hansen, Christian E. | Former Paralegal | $205.00 | 10.7 | $2,193.50 |
|  |  | $215.00 | 1.1 | $236.50 |
|  |  | $220.00 | 0.5 | $110.00 |
|  |  | $225.00 | 2.6 | $585.00 |
| Huber, Amy M. | Paralegal. Joined firm in 2017. | $210.00 | 0.2 | $42.00 |
| Kulback, Jerrold S. | Partner in Business Litigation Group. Admitted in New Jersey and Pennsylvania in 1999. Joined firm in 2000. | $450.00 | 0.5 | $225.00 |
|  |  | $455.00 | 60.4 | $27,482.00 |
| Leney, Douglas G. | Partner in Bankruptcy and Restructuring Group. Admitted in NJ and PA in 2007. Joined firm in 2007. | $345.00 | 47.6 | $16,422.00 |
|  |  | $360.00 | 1.5 | $540.00 |
|  |  | $375.00 | 0.3 | $112.50 |
|  |  | $440.00 | 0.2 | $88.00 |
| Moore, Gordon F. | Of Counsel. Admitted in New Jersey in 1986. | $590.00 | 2.9 | $1,711.00 |
|  |  | $600.00 | 1.6 | $960.00 |
| Packman, Stephen M. | Shareholder and Chair of Bankruptcy, Restructuring and Insolvency Litigation Group and International Law Group. Co-Chair of China Practice Group. Admitted in New Jersey and Pennsylvania in 1989. Joined firm in 1992. | $560.00 | 1.8 | $1,008.00 |
|  |  | $590.00 | 82.5 | $48,675.00 |
|  |  | $615.00 | 29.4 | $18,081.00 |
|  |  | $635.00 | 2.4 | $1,524.00 |

229227610 v2

| Rigby, L. Gerald | Of Counsel. Admitted in Pennsylvania in 1970. | $525.00 | 3.3 | $1,732.50 |
|---|---|---|---|---|
| | | $550.00 | 1.5 | $825.00 |
| Root, Alan M. | Former Partner | $400.00 | 26.5 | $10,600.00 |
| | | $415.00 | 31.6 | $13,114.00 |
| | | $430.00 | 83.1 | $35,733.00 |
| | | $450.00 | 23.5 | $10,575.00 |
| | | $475.00 | 0.7 | $332.50 |
| | | $490.00 | 17.9 | $8,771.00 |
| | | $505.00 | 5.6 | $2,828.00 |
| | | $535.00 | 0.6 | $321.00 |
| Shaw, Kevin F. | Former Associate | $350.00 | 4.5 | $1,575.00 |
| | **GRAND TOTAL** | | **739.3** | **$290,958.50** |
| | **Blended Rate** | **$393.56** | | |

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD AUGUST 31, 2015 THROUGH APRIL 30, 2023

|    | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|----|------------------|-------------|------------|
| 1  | Archer & Greiner Fee/Employment Applications | 25.4 | $7,712.50 |
| 2  | Other Professionals' Fee/Employment Issues | 10.5 | $3,847.50 |
| 3  | Executory Contracts and Unexpired Leases | 18.1 | $5,797.00 |
| 4  | Claims Analysis and Objections | 10.5 | $5,169.50 |
| 6  | Case Administration | 58.0 | $18,270.50 |
| 7  | Debtors' Operations | 19.7 | $6,009.00 |
| 8  | Labor & Employment Issues | 6.9 | $3,429.00 |
| 10 | Financing Issues (DIP Financing/Cash Collateral) | 33.4 | $14,580.00 |
| 12 | Sale of Assets | 55.1 | $23,159.00 |
| 13 | Stay Relief Issues | 29.3 | $9,044.00 |
| 14 | Secured Creditors / Equipment Lessor Issues (Includes Lien Investigation) | 34.7 | $16,188.50 |
| 15 | Tax Issues | 42.0 | $21,802.00 |
| 16 | Recovery Actions | 127.2 | $47,144.50 |
| 17 | Hearings – Preparation and Attendance | 14.4 | $5,115.00 |
| 18 | Other Litigation | 254.1 | $103,690.50 |
|    | **TOTAL** | **739.3** | **$290,958.50** |

229227610 v2

**EXPENSE SUMMARY FOR THE PERIOD**
**AUGUST 31, 2015 THROUGH APRIL 30, 2023**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| In-House Photocopying | | $1,056.00 |
| Postage | | $803.57 |
| Delivery Service / Messengers | DLS Discovery | $385.93 |
| | Federal Express | $9.29 |
| Computer Assisted Legal Research | Lexis/Nexis Westlaw | $196.12 |
| Local Travel | | $46.20 |
| Court Fees | U.S. Bankruptcy Court | $396.00 |
| Experts | Herbein + Company, Inc. (professional accounting services) | $16,988.00 |
| **TOTAL** | | **$19,881.11** |

229227610 v2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>STRATEGIC FUNDRAISING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 15-11707 (LSS)<br>(Jointly Administered)<br><br>**Hearing Date: To be Heard with TFR**<br>**Objection Deadline: TBD** |

**SECOND INTERIM AND FINAL FEE APPLICATION OF ARCHER & GREINER, P.C., COUNSEL TO DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 31, 2015 THROUGH APRIL 30, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2016-2, Archer & Greiner, P.C. ("Archer"), counsel to David W. Carickhoff, the Chapter 7 Trustee (the "Trustee"), hereby submits the *Second Interim and Final Fee Application of Archer & Greiner, P.C., Counsel to David W. Carickhoff, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period of August 31, 2015 through April 30, 2023* (the "Fee Application").

By this Fee Application, Archer seeks (i) interim allowance of compensation in the amount of $23,104.00 and actual and necessary expenses in the amount of $574.09, for a total of $23,678.09, for the period August 1, 2019 through April 30, 2023 ("Second Fee Period") and (ii)

---

[1] The Debtors are the following entities: SFI Holding Company (15-11705), Strategic Fundraising, Inc. (15-11707), CallAssistant LC (15-11708), CASF Commercial Company, LLC (15-11709), CASF Tech US, LLC (15-11710), CASF Holding Company, LLC (15-11711), Cebu Holding Company, LLC (15-11712), CASF Tech International, LLC (15-11713), Marketing Technologies Group, LLC (15-11714).

229227610 v2

final allowance of compensation in the amount of $290,958.50 and actual and necessary expenses in the amount of $19,881.11, for a total of $310,839.61, and payment of the unpaid amount of such fees and expenses, for the period of August 31, 2015 through April 30, 2023 (the "Final Fee Period").

## JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of these chapter 7 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409. Pursuant to Local Bankruptcy Rule 9013-1(f), Archer consents to the entry of a final order by this Court with respect to the relief requested in this Fee Application.

## BACKGROUND

2. On August 13, 2015, the each of the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

3. David W. Carickhoff was appointed as chapter 7 trustee of the Debtors' estates (the "Estates") on August 17, 2015.

4. On September 25, 2015, the Court entered an Order for the Joint Administration of the Debtors' bankruptcy cases [Dkt. No. 25].

5. The section 341(a) meeting of creditors was conducted on September 10, 2015.

6. On September 25, 2015, the Trustee filed the *Application of the Chapter 7 Trustee for Order Authorizing Retention of Archer & Greiner, P.C. as Counsel to the Chapter 7 Trustee, Nunc Pro Tunc to August 31, 2015* [D.I. 35] (the "Retention Application"). On October 26, 2015, the Court entered the *Order Authorizing Retention of Archer & Greiner, P.C. as Counsel to the*

*Chapter 7 Trustee* Nunc Pro Tunc *to August 31, 2015* [D.I. 75] approving the employment of Archer on behalf of the Trustee, effective as of August 31, 2015.

7. On August 28, 2019, Archer filed the *First Interim Fee Application of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, Chapter 7 Trustee for Compensation and Reimbursement of Expenses for the Period August 31, 2015 Through July 31, 2019* [D.I. 187] (the "First Fee Application"). On September 18, 2019, the Court entered the *Order Granting the First Fee Application* [D.I. 193] allowing $267,854.50 of fees and $19,307.02 for costs and expenses sought in the First Interim Fee Application.

8. During the Second Fee Period, Archer incurred professional fees in the amount of $23,104.00 and reimbursable expenses in the about of $574.09.

9. Archer is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of Debtors, creditors' committees, and chapter 7 trustees.

## IDENTITY OF PROFESSIONALS

10. All attorneys and paraprofessionals of Archer who have rendered professional services in these cases during the entire Application Period (including the Second Fee Period) are identified in **Attachment B** of this Fee Application.

11. Archer, through the above-named persons, has advised the Trustee with respect to legal matters in connection with the stabilization and administration of the Debtors' Estates and the Trustee's duties and responsibilities under the Bankruptcy Code. Archer has performed all necessary and appropriate professional services as described and narrated in detailed and on Exhibit "A" attached hereto with respect to the Second Fee Period and on the invoice attached to the prior interim fee application regarding the prior fee period.

3

229227610 v2

## SUMMARY OF SERVICES BY PROJECT

12. A summary of the services performed by Archer for the entire Application Period is set forth in **Attachment B** of this Fee Application. Below is a summary of the services provided during the Second Fee Period:

    a.    <u>1: Archer Greiner Fee/Employment Applications</u>

    Fees: $5,815.50    Total Time: 18.5

This category primarily consists of time preparing and filing Archer's Retention Application and its First Fee Application as well as supplemental declarations in support of the Retention Application advising of hourly rate changes.

    b.    <u>2: Other Professionals' Fee/Employment Issues</u>

    Fees: $2,829.00    Total Time: 6.9

This category includes time spent, among other things, filing EisnerAmper, LLC retention application and first interim fee application.

    c.    <u>4: Claims Analysis and Objections</u>

    Fees: $5,133.50    Total Time: 10.4

This category includes time spent responding to inquiries from creditors about the cases, analyses of claims and objections thereto.

    d.    <u>6: Case Administration</u>

    Fees: $1,511.50    Total Time: 3.4

This category includes tasks related to case management, monitoring docket updates, electronic filings, inquires by creditors and parties in interest, various status reports, research and general matters of administration. This category includes tasks that are not otherwise easily categorized under a specific task code.

  e. <u>8:  Labor and Employment Issues</u>

   Fees:  $281.50   Total Time:  1.1

This category includes time spent negotiating a stipulation regarding prosecution of WARN Act Complaint.

  f. <u>12:  Sale of Assets</u>

   Fees:  $1,765.50   Total Time:  4.5

This category deals with negotiations with Oak Point Partners regarding potential sale of remnant assets, preparation of sale motion and finalization of sale of remnant assets.

  g. <u>14:  Secured Creditors/Equipment Lessor Issues (Includes Lien Investigation)</u>

   Fees:  $3,136.00   Total Time:  6.4

This category deals with communications with pre-petition lender, and winding down of the cases.

  h. <u>17:  Hearings – Preparation and Attendance</u>

   Fees:  $1,172.50   Total Time:  3.4

This category deals with preparation for and attendance at hearings on behalf of the Trustee as well as preparation of notices of agenda.

  i. <u>18:  Other Litigation</u>

   Fees:  $1,459.00   Total Time:  3.0

This category deals with litigation investigations by the Trustee, WARN litigation issues and other litigation matters, other than recovery actions.

## **VALUATION OF SERVICES**

13. Attorneys and paralegals of Archer have expended a total of 739.3 hours in connection with this matter during the Final Fee Period at a blended hourly rate of $393.56.  The

5

professional background of the persons who have performed work in this matter is summarized in **Attachment B** of this Fee Application.

14. The nature of the work performed by these persons in the Second Fee Period is fully set forth in Exhibit "A" attached hereto. The nature of the work performed by these persons in the prior fee period is fully set forth in the invoice attached to the prior interim fee application, which is available upon request to the undersigned counsel.

15. The rates charged are Archer's normal hourly rates for work of this nature. The reasonable value of the services rendered by Archer to the Trustee in connection with this matter during the Final Fee Period is $290,958.50.

## ACTUAL AND NECESSARY EXPENSES

16. A summary of actual and necessary expenses incurred by Archer for the Final Fee Period is included in **Attachment B** of this Fee Application. Detail of Archer's actual and necessary expenses incurred in the Second Fee Period is included as part of Exhibit "A" attached hereto. The detail of Archer's actual and necessary expenses incurred in the prior interim fee period is fully set forth in the invoice attached to the prior interim fee application, which is available upon request to the undersigned counsel.

17. Archer charges $0.10 per page for photocopying. In addition, Archer uses outside copier services for high volume projects, and this application seeks recovery of those costs, if applicable. Archer also charges clients $0.95 per page for outgoing facsimile transactions and does not charge for incoming facsimile transactions. Online legal research (Lexis and Westlaw) is charged at Archer's discounted cost, which is computed each month based upon the negotiated discount charge to Archer and the allocations of the savings realized during each month.

18. Archer believes the foregoing rates are market rates that the majority of law firms charge clients for such services. The reasonable value of the expenses incurred by Archer to the Trustee in connection with this matter during the Final Fee Period is $19,881.11.

## **RELIEF REQUESTED**

19. Pursuant to this Fee Application, Archer requests allowance of (i) interim allowance of compensation in the amount of $23,104.00 and actual and necessary expenses in the amount of $574.09, for a total of $23,678.09, for the Second Fee Period and (ii) final allowance of compensation in the amount of $290,958.50 and actual and necessary expenses in the amount of $19,881.11, for a total of $310,839.61, and payment of the unpaid amount of such fees and expenses, for the Final Fee Period.

20. At all relevant times, Archer has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Trustee.

21. All services for which compensation is requested by Archer were performed for or on behalf of the Trustee.

22. Archer has received no payment and no promises for payment from any source other than the Estates for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. No agreement or understanding exists between Archer and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases. Archer has received no retainer in this matter.

23. The professional services and related expenses for which Archer requests interim allowance were rendered and incurred in connection with these cases and the discharge of Archer's

professional responsibilities as counsel to the Trustee. Archer's services have been necessary and beneficial to the Trustee, the Estates, creditors and other parties in interest.

24. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount of fees requested by Archer is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

25. The undersigned hereby certifies that this Fee Application complies with Del. Bankr. LR 2016-2.

## NOTICE

26. As required by the Bankruptcy Rules, notice of this Fee Application will be served upon the United States Trustee and all creditors pursuant to the Notice of the Trustee's Final Report.

**WHEREFORE**, Archer respectfully requests that the Court enter an order, in the form attached hereto (i) approving this Fee Application, (ii) providing an interim allowance be made to Archer in the sum of $23,104.00 as compensation for reasonable and necessary processional services rendered to the Trustee and in the sum of $574.09 for reimbursement of actual and necessary costs and expenses incurred for the Second Fee Period, (iii) providing a final allowance be made to Archer in the sum of $290,958.50 as compensation for reasonable and necessary processional services rendered to the Trustee and in the sum of $19,881.11 for reimbursement of actual and necessary costs and expenses incurred for the Final Fee Period, (iii) authorizing the Trustee to pay Archer the outstanding amount of such sums, and (iv) for such other and further relief as the Court deems proper and just.

| | |
|---|---|
| Dated:  August 13, 2024 | */s/ Peter L. Frattarelli*<br>Peter L. Frattarelli (DE Bar No. 2871)<br>ARCHER & GREINER, P.C.<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Telephone: 302-777-4350<br>Facsimile:  302-777-4352<br>Email:  pfrattarelli@archerlaw.com<br><br>*Counsel to the Chapter 7 Trustee* |