# EXHIBIT A

# FEES AND EXPENSES INCURRED
# DURING SECOND FEE PERIOD

# ARCHER & GREINER

ATTORNEYS AT LAW
1025 LAUREL OAK ROAD
VOORHEES, NEW JERSEY 08043
(856-795-2121)

DAVID W. CARICKHOFF
ARCHER & GREINER
300 DELAWARE AVE., SUITE 1100
WILMINGTON, DE  19801

Invoice Date:     08/31/24
Client Number:    CAR493

Matter Number:  CAR493.00973

**For Professional Services Rendered Through  07/31/2024**

**Task Summary**

### Time Summary by Task

| Code | Description | Hours | Value |
|---|---|---:|---:|
| 1 | ARCHER GREINER FEE/EMPLOYMENT APPLICATIONS | 18.50 | 5,815.50 |
| 12 | SALE OF ASSETS | 4.50 | 1,765.50 |
| 14 | SECURED CREDITORS/EQUIPMENT LESSOR ISSUES (INCLUDES LIEN INVESTIGATION) | 6.40 | 3,136.00 |
| 17 | HEARINGS - PREPARATION AND ATTENDANCE | 3.40 | 1,172.50 |
| 18 | OTHER LITIGATION | 3.00 | 1,459.00 |
| 2 | OTHER PROFESSIONALS' FEE/EMPLOYMENT ISSUES | 6.90 | 2,829.00 |
| 4 | CLAIMS ANALYSIS AND OBJECTIONS | 10.40 | 5,133.50 |
| 6 | CASE ADMINISTRATION | 3.40 | 1,511.50 |
| 8 | LABOR AND EMPLOYMENT ISSUES | 1.10 | 281.50 |
| | **TOTAL FEES** | **57.60** | **23,104.00** |

### Expense Summary by Task

| Code | Description | Expenses |
|---|---|---:|
| E101 | COPYING | 138.60 |
| E107 | DELIVERY SERVICES/MESSENGERS | 34.29 |
| E108 | POSTAGE | 25.20 |
| E112 | COURT FEES | 376.00 |
| | **TOTAL DISBURSEMENTS** | **574.09** |
| | **TOTAL INVOICE** | **23,678.09** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00973 | IN RE: CALL ASSISTANT LC - DEBTOR | | | | Page 2 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 08/08/19 | Begin drafting A&G Fee Application #1. | 1 | 1.4 | C. E. Hansen | 287.00 |
| 08/14/19 | work on fee application | 1 | 1.3 | A. M. Root | 585.00 |
| 08/15/19 | Draft A&G Fee Application #1. | 1 | 2 | C. E. Hansen | 410.00 |
| 08/16/19 | Continue drafting A&G Fee Application #1. | 1 | 0.2 | C. E. Hansen | 41.00 |
| 08/19/19 | Continue drafting A&G Fee App #1. | 1 | 1 | C. E. Hansen | 205.00 |
| 08/20/19 | Continue drafting A&G Fee Application #1. | 1 | 3 | C. E. Hansen | 615.00 |
| 08/23/19 | work on fee application | 1 | 2 | A. M. Root | 900.00 |
| 08/25/19 | work on fee application | 1 | 0.6 | A. M. Root | 270.00 |
| 08/26/19 | Review and revise A&G Fee Application #1. | 1 | 0.2 | C. E. Hansen | 41.00 |
| 08/27/19 | Final revisions to A&G Fee Application #1. | 1 | 0.5 | C. E. Hansen | 102.50 |
| 08/27/19 | work on fee application | 1 | 0.6 | A. M. Root | 270.00 |
| 08/28/19 | Finalize and file A&G Fee Application #1. | 1 | 0.5 | C. E. Hansen | 102.50 |
| 08/28/19 | File Certificate of Service of Fee Applications. | 1 | 0.2 | C. E. Hansen | 41.00 |
| 09/11/19 | guidance to K. Shaw re fee binder preparation | 1 | 0.1 | A. M. Root | 45.00 |
| 09/16/19 | Prepare CNO for Archer's first interim fee app | 1 | 0.4 | K. F. Shaw | 140.00 |
| 09/16/19 | Meeting with A. Root re CNOs for Archer and EisnerAmper's first interim fee apps | 1 | 0.2 | K. F. Shaw | 70.00 |
| 09/16/19 | File CNO for Archer's first interim fee app | 1 | 0.2 | K. F. Shaw | 70.00 |
| 09/23/19 | reconcile fees to cash collateral budget | 1 | 3 | A. M. Root | 1,350.00 |
| 01/14/20 | Draft Supplemental Declaration in Support of A&G Retention Application. | 1 | 0.1 | C. E. Hansen | 21.50 |
| 01/29/20 | Finalize and e-file Supplemental Declaration to Archer Retention Application. | 1 | 0.1 | C. E. Hansen | 21.50 |
| 11/06/20 | Draft Supplement to A&G Retention Application (2020 Rate Changes). | 1 | 0.1 | C. E. Hansen | 22.00 |
| 12/21/20 | Finalize and e-file Supplemental Declaration in Support of A&G Retention Application (2020 Rate Changes). | 1 | 0.2 | C. E. Hansen | 44.00 |
| 12/21/20 | review and approve supplemental declaration for filing | 1 | 0.1 | A. M. Root | 49.00 |
| 10/11/21 | Draft Supplemental Declaration in Support of A&G Retention Application (rate changes). | 1 | 0.2 | C. E. Hansen | 45.00 |
| 02/02/22 | Finalize and e-file A&G Supplemental Declaration (2021 Rate Changes). | 1 | 0.3 | C. E. Hansen | 67.50 |

CAR493           CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE           Invoice Number:

CAR493.00973     IN RE: CALL ASSISTANT LC - DEBTOR                          Page 3

**ARCHER GREINER FEE/EMPLOYMENT**           **18.5**                    **5,815.50**
**APPLICATIONS TOTAL**

CAR493           CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE           Invoice Number:

CAR493.00973     IN RE: CALL ASSISTANT LC - DEBTOR                          Page 3

| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | Invoice Number: | |
|---|---|---|---|
| CAR493.00973 | IN RE: CALL ASSISTANT LC - DEBTOR | | Page 4 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 07/12/21 | communications with Trustee and potential buyer re remnant asset sale | 12 | 0.2 | A. M. Root | 98.00 |
| 01/19/22 | communications with Oak Point re remnant asset sale | 12 | 0.1 | A. M. Root | 50.50 |
| 01/21/22 | review and comment on draft remnant sale papers | 12 | 1 | A. M. Root | 505.00 |
| 01/25/22 | review and comment on draft remnant sale papers | 12 | 0.8 | A. M. Root | 404.00 |
| 01/27/22 | finalize remnant asset sale papers | 12 | 0.5 | A. M. Root | 252.50 |
| 01/28/22 | Draft COS re: Remnant Asset Sale Motion (.5); finalize and e-file Motion (.4) and serve same (.3). | 12 | 1.2 | C. E. Hansen | 270.00 |
| 02/14/22 | Draft and efile CNO re: Sale Motion. | 12 | 0.3 | C. E. Hansen | 67.50 |
| 03/04/22 | review and comment on draft sale notice | 12 | 0.1 | A. M. Root | 50.50 |
| 04/06/22 | Finalize and e-file Sale Report to Oak Point Partners. | 12 | 0.3 | C. E. Hansen | 67.50 |
| | **SALE OF ASSETS TOTAL** | | **4.5** | | **1,765.50** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00973 | IN RE: CALL ASSISTANT LC - DEBTOR | | | | Page 5 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 03/09/21 | communications with counsel to pre-petition lender | 14 | 0.2 | A. M. Root | 98.00 |
| 03/15/21 | communications with counsel to secured lender; follow up with trustee | 14 | 0.2 | A. M. Root | 98.00 |
| 03/17/21 | Review and analyze Trustee notes on windup proposal (.5); telephone call with prepetition lender (.3); follow up with Trustee (.3); draft letter to lender re windup proposal (.6) | 14 | 1.7 | A. M. Root | 833.00 |
| 04/13/21 | prepare communication to lender re proposal for case wind down; follow up with Trustee re same | 14 | 0.5 | A. M. Root | 245.00 |
| 06/21/21 | communications with counsel to secured lender re case wind down | 14 | 0.2 | A. M. Root | 98.00 |
| 06/22/21 | begin drafting global settlement and wind down agreement | 14 | 3.3 | A. M. Root | 1,617.00 |
| 06/24/21 | discuss wind down agreement with Trustee and secured lender | 14 | 0.3 | A. M. Root | 147.00 |
| | **SECURED CREDITORS/EQUIPMENT LESSOR ISSUES (INCLUDES LIEN INVESTIGATION) TOTAL** | | **6.4** | | **3,136.00** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00973 | IN RE: CALL ASSISTANT LC - DEBTOR | | | | Page 6 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 09/11/19 | Emails with A. Root re preparing fee app binder for Archer + GMCO | 17 | 0.2 | K. F. Shaw | 70.00 |
| 09/11/19 | Prepare Fee App Binder Index of pleadings | 17 | 0.2 | K. F. Shaw | 70.00 |
| 09/11/19 | Prepare Fee App Binder | 17 | 0.4 | K. F. Shaw | 140.00 |
| 09/16/19 | Prepare Notice of Agenda for 9.19.19 hearing | 17 | 0.4 | K. F. Shaw | 140.00 |
| 09/16/19 | Review/revise notice of agenda for 9.19.19 hearing | 17 | 0.1 | K. F. Shaw | 35.00 |
| 09/17/19 | Emails with A. Root re filing NOA for 9.19.19 hearing | 17 | 0.4 | K. F. Shaw | 140.00 |
| 09/17/19 | Prepare NOA binder for chambers | 17 | 0.4 | K. F. Shaw | 140.00 |
| 09/17/19 | Review NOA for 9.19.19 hearing for filing | 17 | 0.2 | K. F. Shaw | 70.00 |
| 09/17/19 | File NOA for 9.19.19 hearing | 17 | 0.2 | K. F. Shaw | 70.00 |
| 09/17/19 | Review and comment on NOA | 17 | 0.2 | A. M. Root | 90.00 |
| 09/18/19 | Meetings with A. Root re filing amended NOA canceling 9.19.19 hearing | 17 | 0.2 | K. F. Shaw | 70.00 |
| 09/18/19 | Emails with A. Root and Chambers re canceling 9.19.19 hearing | 17 | 0.2 | K. F. Shaw | 70.00 |
| 03/14/22 | Draft NOA Cancelling 3.17.22 hearing. | 17 | 0.3 | C. E. Hansen | 67.50 |
| | **HEARINGS - PREPARATION AND ATTENDANCE TOTAL** | | **3.4** | | **1,172.50** |

CAR493            CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE            Invoice Number:

CAR493.00973      IN RE: CALL ASSISTANT LC - DEBTOR                                    Page 7

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 09/27/19 | emails with WARN counsel | 18 | 0.2 | A. M. Root | 90.00 |
| 10/02/19 | communications with Clerk of Court re status of WARN adversary | 18 | 0.1 | A. M. Root | 47.50 |
| 10/07/19 | communications with court and Plaintiff's counsel re upcoming answer deadline | 18 | 0.1 | A. M. Root | 47.50 |
| 11/07/19 | finalize extension to answer WARN complaint | 18 | 0.1 | A. M. Root | 47.50 |
| 09/11/20 | review and revise answer extension stips in WARN adversary | 18 | 0.2 | A. M. Root | 95.00 |
| 01/07/21 | review Order to show cause in WARN District Court litigation; communications with WARN counsel re same | 18 | 0.2 | A. M. Root | 98.00 |
| 06/21/21 | communications with WARN counsel re status of case and WARN litigation | 18 | 0.1 | A. M. Root | 49.00 |
| 07/08/21 | Telephone call with WARN counsel re potential resolution; follow up analysis and email to WARN counsel | 18 | 0.7 | A. M. Root | 343.00 |
| 08/13/21 | communications with WARN counsel re potential global resolution | 18 | 0.5 | A. M. Root | 245.00 |
| 08/25/21 | communications with trustee re potential WARN settlement | 18 | 0.5 | A. M. Root | 245.00 |
| 01/28/22 | settlement negotiations with WARN counsel | 18 | 0.3 | A. M. Root | 151.50 |
| | **OTHER LITIGATION TOTAL** | | **3** | | **1,459.00** |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00973 | IN RE: CALL ASSISTANT LC - DEBTOR | | | | Page 8 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 08/06/19 | overview EA draft fee application | 2 | 0.2 | A. M. Root | 90.00 |
| 08/25/19 | review Eisner fee application | 2 | 0.5 | A. M. Root | 225.00 |
| 08/26/19 | revise and comment on Eisner fee application | 2 | 0.8 | A. M. Root | 360.00 |
| 08/27/19 | review revised Eisner fee application | 2 | 0.3 | A. M. Root | 135.00 |
| 08/28/19 | review and revise order and other documents related to Eisner fee application | 2 | 0.2 | A. M. Root | 90.00 |
| 08/28/19 | Finalize and file EisnerAmper LLP Fee Application #1. | 2 | 0.8 | C. E. Hansen | 164.00 |
| 09/16/19 | Meeting with A. Root re CNOs for Archer and EisnerAmper's first interim fee apps | 2 | 0.2 | K. F. Shaw | 70.00 |
| 09/16/19 | Prepare CNO for EisnerAmper's first interim fee app | 2 | 0.4 | K. F. Shaw | 140.00 |
| 09/16/19 | File CNO for EisnerAmper's first interim fee app | 2 | 0.2 | K. F. Shaw | 70.00 |
| 09/24/19 | Reconcile fees to cash collateral budget | 2 | 3.3 | A. M. Root | 1,485.00 |
| | **OTHER PROFESSIONALS' FEE/EMPLOYMENT ISSUES TOTAL** | | **6.9** | | **2,829.00** |

CAR493            CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE            Invoice Number:

CAR493.00973      IN RE: CALL ASSISTANT LC - DEBTOR                                    Page 9

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 06/14/21 | due diligence and research re Wisconsin DOL claim | 4 | 3.1 | A. M. Root | 1,519.00 |
| 06/24/21 | analyze Wisconsin DOL claim and legal research in connection therewith (2.5); begin drafting claim objection (1.8) | 4 | 4.3 | A. M. Root | 2,107.00 |
| 08/27/21 | communications with Wisconsin DOJ re wage claim | 4 | 0.5 | A. M. Root | 245.00 |
| 02/07/22 | research re priority wage claim filed by Wisconsin | 4 | 1.3 | A. M. Root | 656.50 |
| 02/18/22 | further analysis of Employee Wage Claim filed by Wisconsin | 4 | 1.2 | A. M. Root | 606.00 |
| | **CLAIMS ANALYSIS AND OBJECTIONS TOTAL** | | 10.4 | | 5,133.50 |

CAR493        CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE          Invoice Number:

CAR493.00973  IN RE: CALL ASSISTANT LC - DEBTOR                Page 10

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 09/13/19 | Draft Certificate of No Objection Regarding A&G Fee Application #1. | 6 | 0.2 | C. E. Hansen | 41.00 |
| 09/13/19 | review and comment on CNOs | 6 | 0.2 | A. M. Root | 90.00 |
| 09/16/19 | Review and comment on CNOs | 6 | 0.2 | A. M. Root | 90.00 |
| 10/21/19 | review and comment on WARN stip; guidance to K. Shaw re same | 6 | 0.2 | A. M. Root | 95.00 |
| 10/07/20 | draft status report; revise based on Trustee comments | 6 | 0.5 | A. M. Root | 245.00 |
| 10/08/20 | E-file Trustee's Status Report. | 6 | 0.2 | C. E. Hansen | 44.00 |
| 12/28/20 | discuss case status and next steps with Trustee | 6 | 0.1 | A. M. Root | 49.00 |
| 03/15/21 | review Trustee notes on wind up plan | 6 | 0.3 | A. M. Root | 147.00 |
| 04/09/21 | review Trustee cash reconciliation for wind-up; discuss with Trustee | 6 | 0.4 | A. M. Root | 196.00 |
| 02/14/22 | Review and comment on draft CNO | 6 | 0.1 | A. M. Root | 50.50 |
| 03/14/22 | guidance to C. Hansen re hearing agenda | 6 | 0.1 | A. M. Root | 50.50 |
| 03/14/22 | Review and comment on draft agenda | 6 | 0.1 | A. M. Root | 50.50 |
| 04/24/23 | Communication with Alan Root regarding, finalize and efile status report. | 6 | 0.2 | A. M. Huber | 42.00 |
| 04/24/23 | Draft status report; discuss with Trustee | 6 | 0.6 | A. M. Root | 321.00 |
| | **CASE ADMINISTRATION TOTAL** | | 3.4 | | 1,511.50 |

| | | | | | |
|---|---|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | | Invoice Number: | |
| CAR493.00973 | IN RE: CALL ASSISTANT LC - DEBTOR | | | | Page 11 |

| Date | Description | Task | Hours | Name | Fees |
|---|---|---|---|---|---|
| 09/11/20 | Prepare Stipulation Extending Time to Answer WARN Act Complaint. | 8 | 0.4 | C. E. Hansen | 86.00 |
| 09/22/20 | Finalize and e-file Stipulation Extending Time to Answer WARN Act Complaint. | 8 | 0.5 | C. E. Hansen | 107.50 |
| 07/09/21 | Telephone conference with Alan M. Root re: WARN Act adversary proceeding issues | 8 | 0.2 | D. G. Leney | 88.00 |
| | **LABOR AND EMPLOYMENT ISSUES TOTAL** | | **1.1** | | **281.50** |
| | **TOTAL FEES** | | | | **$23,104.00** |

| | | | |
|---|---|---|---|
| CAR493 | CARICKHOFF, DAVID W - CHAPTER 7 TRUSTEE | | Invoice Number: |
| CAR493.00973 | IN RE: CALL ASSISTANT LC - DEBTOR | | Page 12 |

**For Charges and Disbursements**

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 08/28/19 | | PHOTOCOPYING | 891 @ 0.10 | $89.10 |
| 08/28/19 | | PHOTOCOPYING | 495 @ 0.10 | $49.50 |
| | **ETOTAL* PHOTOCOPYING** | | | **$138.60** |
| 08/28/19 | | POSTAGE 8/28/19 CEH SERVICE REQUEST MAILING | | $25.20 |
| | **ETOTAL* POSTAGE** | | | **$25.20** |
| 01/29/22 | | AMEX CK# 415182 3/8/22 AGK; DATE: 1/29/22 - COURTS/USBC-DE - SALE MOTION FILING FEE - AMR | | $188.00 |
| 02/11/22 | | AMEX CK# 415182 3/8/22 AGK; DATE: 2/11/22 - COURTS/USBC-DE - SALE MOTION FILING FEE - BJH | | $188.00 |
| | **ETOTAL* BANKRUPTCY FEES** | | | **$376.00** |
| 10/08/19 | | PAYEE: DLS DISCOVERY; REQUEST#: 2181909; DATE: 10/8/2019; INV 136329 | | $10.00 |
| 12/16/19 | | PAYEE: DLS DISCOVERY; REQUEST#: 2184425; DATE: 12/16/2019 INV 138485 | | $15.00 |
| | **ETOTAL* DELIVERY SERVICE** | | | **$25.00** |
| 10/02/19 | | VENDOR: FEDERAL EXPRESS CORPORATION; INVOICE#: 6-759-13738; DATE: 10/2/2019 DWC TO JAY LINDENBERG, CPA ESINERAMPER LLP | | $9.29 |
| | **ETOTAL* FEDERAL EXPRESS** | | | **$9.29** |
| | **TOTAL DISBURSEMENTS*** | | | **$574.09** |