**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| STRATEGIC FUNDRAISING, INC., *et al.*,[3] | Case No. 15-11707 (LSS) (Jointly Administered) |
| Debtors. | |
| | **Re: Dkt. No. ___** |

**ORDER APPROVING SECOND INTERIM AND FINAL FEE APPLICATION OF
ARCHER & GREINER, P.C., COUNSEL TO DAVID W. CARICKHOFF, CHAPTER 7
TRUSTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD AUGUST 31, 2015 THROUGH APRIL 30, 2023**

Upon consideration of the *Second Interim and Final Fee Application of Archer & Greiner, P.C. ("Archer")[4], Counsel to David W. Carickhoff, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period August 31, 2015 Through April 30, 2023* pursuant to Section 330(a) and 331 of Title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for allowance of interim compensation and reimbursement of expenses for the Second Fee Period, final compensation and reimbursement of expenses for the Final Fee Period, and the Court having thoroughly reviewed the Fee Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and any hearing thereon, was adequate under the circumstances; and (c) all

---

[3] The Debtors are the following entities: SFI Holding Company (15-11705), Strategic Fundraising, Inc. (15-11707), CallAssistant LC (15-11708), CASF Commercial Company, LLC (15-11709), CASF Tech US, LLC (15-11710), CASF Holding Company, LLC (15-11711), Cebu Holding Company, LLC (15-11712), CASF Tech International, LLC (15-11713), Marketing Technologies Group, LLC (15-11714).

[4] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Fee Application.

persons with standing have been afforded the opportunity to be heard on the Fee Application, and after due deliberation and for other and good cause, it is hereby

ORDERED, that the Fee Application is granted on a final basis; and it is further

ORDERED, that Archer is awarded interim compensation in the amount of $23,104.00 for professional services rendered during the Second Fee Period and final compensation in the amount of $290,958.50 for professional services rendered during the Final Fee Period.  Archer is allowed expenses in the amount of $574.09 for costs and expenses incurred during the Second Fee Period and $19,881.11 for costs and expenses incurred during the Final Fee Period on behalf of the Trustee; and it is further

ORDERED, that the unpaid amounts awarded shall be paid by the Trustee consistent with the Order of Distribution approved in these cases.

229227610 v2