**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:**<br><br>**STRATEGIC FUNDRAISING, INC.**<br><br>Debtor(s). | **CHAPTER 7**<br><br>**CASE NO. 15-11707**<br><br>RE: Docket No. _____ |

## ORDER OF DISTRIBUTION

**AND NOW**, the Trustee, David Carickhoff, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s) estate monies in the amounts indicated in such Schedule(s), within thirty (30) days of the entry of the final orders on compensation and expenses, and, (ii) transmit to the United States Trustee, within one hundred and twenty-five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.