**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: STRATEGIC FUNDRAISING, INC. | § § § § | Case No. 15-11707-LSS |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>David Carickhoff</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Courthouse
824 Market ST N
3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:30 PM on 05/08/2025 in Courtroom #2, Sixth Floor, United States Bankruptcy Court Courthouse, 824 Market ST N, Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>03/25/2025</u>                              By: /s/ David W. Carickhoff
                                                                              Chapter 7 Trustee

David Carickhoff
1313 N. Market Street
Suite 5400
Wilmington, DE 19801
(302) 468-4595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: STRATEGIC FUNDRAISING, INC.  §  Case No. 15-11707-LSS
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 526,011.76 |
| *and approved disbursements of:* | $ | 418,440.33 |
| *leaving a balance on hand of[1]:* | $ | 107,571.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| Fifth Third Secd | Fifth Third Bank | 0.00 | 60,000.00 | 60,000.00 | 0.00 |
| 62 | State of Wisconsin- Dept. of Workforce Development | 378,275.96 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  107,571.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - David Carickhoff | 29,550.59 | 0.00 | 29,550.59 |
| Attorney for Trustee Fees - Archer & Greiner, P.C. | 170,698.17 | 130,000.00 | 40,642.04 |
| Attorney for Trustee, Expenses - Archer & Greiner, P.C. | 19,881.11 | 19,307.02 | 574.09 |
| Bond Payments - International Sureties, Ltd. | 2.58 | 2.58 | 0.00 |
| Bond Payments - International Sureties, Ltd | 107.68 | 107.68 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other Chapter 7 Administrative Expenses - Raisner Roupinian LLP | 45,000.00 | 45,000.00 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Eisner Advisory Group LLC | 156,760.46 | 120,000.00 | 36,708.91 |
| Accountant for Trustee Expenses (Other Firm) - Eisner Advisory Group LLC | 3,167.00 | 3,071.20 | 95.80 |
| Other Professional's Fees - AUTOMATIC DATA PROCESSING | 4,065.75 | 4,065.75 | 0.00 |

Total to be paid for chapter 7 administrative expenses:   $   107,571.43
Remaining balance:   $   0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $39,011.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 18P | Amy Bothof | 12,475.00 | 0.00 | 0.00 |
| 20 | Melissa Blackstad | 2,640.83 | 0.00 | 0.00 |
| 36 | Nathan Bezzant | 5,812.50 | 0.00 | 0.00 |
| 38 | Bradon Alan Borgardt | 150.00 | 0.00 | 0.00 |
| 40P | Washington State Department of Labor & Industries | 228.89 | 0.00 | 0.00 |
| 43P | Timothy Beloyed | 12,475.00 | 0.00 | 0.00 |
| 47 | Edgar Farnsworth | 909.90 | 0.00 | 0.00 |
| 50 | Ohio Bureau of Workers' Compensation | 572.71 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 54P | WA STATE EMPLOYMENT SECURITY DEPARTMENT | 417.68 | 0.00 | 0.00 |
| 75 | Department of the Treasury | 584.30 | 0.00 | 0.00 |
| 77P | Bryan Wilde | 2,744.22 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $111,349,285.66 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Husch Blackwell LLP | 1,330.00 | 0.00 | 0.00 |
| 2 | Euler Hermes North America Insurance Company | 27,631.70 | 0.00 | 0.00 |
| 3 | CIT FINANCE LLC | 7,043.06 | 0.00 | 0.00 |
| 4 | CIT FINANCE LLC | 12,746.78 | 0.00 | 0.00 |
| 5 | CIT FINANCE LLC | 7,935.51 | 0.00 | 0.00 |
| 6 | FedEx TechConnect, Inc. | 6,202.01 | 0.00 | 0.00 |
| 7 | Walton Management Services, Inc. | 8,626.69 | 0.00 | 0.00 |
| 8 | Kathrn Tarnasky | 0.00 | 0.00 | 0.00 |
| 9 | Taylor A. Hopkins | 0.00 | 0.00 | 0.00 |
| 10 | Michelle loiselle | 0.00 | 0.00 | 0.00 |
| 11 | JESSICA LYNN KOWALCZYK | 0.00 | 0.00 | 0.00 |
| 12 | David Calhoun | 2,952.00 | 0.00 | 0.00 |
| 13 | Alex Foster | 0.00 | 0.00 | 0.00 |
| 14 | Audrey Salter | 0.00 | 0.00 | 0.00 |
| 15 | Bloznik, Diane Rene | 0.00 | 0.00 | 0.00 |
| 16 | Kabrick Compliance Services | 7,141.70 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 17 | James Johansen | 0.00 | 0.00 | 0.00 |
| 18U | Amy Bothof | 374.74 | 0.00 | 0.00 |
| 19 | Broadband Dynamics, LLC | 59,261.38 | 0.00 | 0.00 |
| 21 | Copilevitz & Canter LLC | 8,589.51 | 0.00 | 0.00 |
| 22 | Wenzell Heating & Air Conditio | 531.28 | 0.00 | 0.00 |
| 23 | Zero Variance | 7,503.40 | 0.00 | 0.00 |
| 24 | Micah D. Smiley | 0.00 | 0.00 | 0.00 |
| 25 | Derek D Rufer | 4,312.57 | 0.00 | 0.00 |
| 26 | Broadnet Teleservices, LLC | 730.12 | 0.00 | 0.00 |
| 27 | Gray Plant Mooty Mooty & Bennett PA | 10,339.50 | 0.00 | 0.00 |
| 28 | City Center Associates, LLC | 85,741.54 | 0.00 | 0.00 |
| 29 | Christopher Farmer | 0.00 | 0.00 | 0.00 |
| 30 | Office Environment Specialists, Inc. | 996.27 | 0.00 | 0.00 |
| 31 | Lone Peak Valuation Group | 2,587.50 | 0.00 | 0.00 |
| 32 | Johnson/Anderson & Associates | 31,590.70 | 0.00 | 0.00 |
| 33 | Jonathan Ware | 2,265.71 | 0.00 | 0.00 |
| 34 | Taylor Flores | 0.00 | 0.00 | 0.00 |
| 35 | Data Recognition Corporation | 128,308.17 | 0.00 | 0.00 |
| 37 | Deedra J Kellum | 0.00 | 0.00 | 0.00 |
| 39 | Cody D Solomon | 0.00 | 0.00 | 0.00 |
| 40U | Washington State Department of Labor & Industries | 81.96 | 0.00 | 0.00 |
| 41 | Graphic Resources | 1,792.25 | 0.00 | 0.00 |
| 42 | Amy Wiley | 0.00 | 0.00 | 0.00 |
| 43U | Timothy Beloyed | 6,709.95 | 0.00 | 0.00 |
| 44 | Rodney Lee Dahlberg | 520.00 | 0.00 | 0.00 |
| 45 | Allan Raymer | 10,000.00 | 0.00 | 0.00 |
| 46 | Nelson Mullins Riley & Scarborough LLP | 37,279.41 | 0.00 | 0.00 |
| 48 | Equity Search Partners | 70,159.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 49 | Wanda Emanuele | 0.00 | 0.00 | 0.00 |
| 51 | Lamar Central Outdoor LLC | 7,125.00 | 0.00 | 0.00 |
| 52 | PB Presort Service - Air | 6,816.60 | 0.00 | 0.00 |
| 53 | Apella Group, LLC | 39,900.00 | 0.00 | 0.00 |
| 54U | WA STATE EMPLOYMENT SECURITY DEPARTMENT | 32.46 | 0.00 | 0.00 |
| 55 | Stephen Pockross | 71,440.27 | 0.00 | 0.00 |
| 56 | GreatAmerica Financial Services Corporation | 5,710.01 | 0.00 | 0.00 |
| 57 | Wisconsin Bell, Inc. | 462.39 | 0.00 | 0.00 |
| 58 | AT&T Corp. | 61,065.08 | 0.00 | 0.00 |
| 59 | 1 to 1 Sales Group | 0.00 | 0.00 | 0.00 |
| 60 | Green Apple Marketing Inc. | 1,030.00 | 0.00 | 0.00 |
| 61 | NobelBiz, Inc. | 149,218.40 | 0.00 | 0.00 |
| 63 | Maria Schommer | 0.00 | 0.00 | 0.00 |
| 64 | Mac Murray Peterson & Shuster | 15,908.75 | 0.00 | 0.00 |
| 65 | Teresa J Makuakane | 0.00 | 0.00 | 0.00 |
| 66 | Gonzalez Saggio & Harlan | 4,815.00 | 0.00 | 0.00 |
| 67 | Mitchell Barlow & Mansfield, P.C. | 247,664.25 | 0.00 | 0.00 |
| 68 | Dominique Starks | 0.00 | 0.00 | 0.00 |
| 69 | The Sharon O. Baker Trust | 21,000,000.00 | 0.00 | 0.00 |
| 70 | Bullen Properties, L.C. | 186,813.04 | 0.00 | 0.00 |
| 71 | The Forrest S. Baker III Trust | 21,000,000.00 | 0.00 | 0.00 |
| 72 | Phone Technologies, Inc. | 29,000,000.00 | 0.00 | 0.00 |
| 73 | Noguar, L.C. | 39,000,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $7,037.31 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 74 | Karly Meunier | 320.00 | 0.00 | 0.00 |
| 76 | Dennis P Billman | 0.00 | 0.00 | 0.00 |
| 77U | Bryan Wilde | 6,717.31 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

                              David W. Carickhoff: /s/ David W. Carickhoff
                                                                                       Chapter 7 Trustee

David Carickhoff
1313 N. Market Street
Suite 5400
Wilmington, DE 19801
(302) 468-4595


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**