# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                    **Chapter:** 7
Strategic Fundraising, Inc.
7800 3rd St. N.
Ste 900
St. Paul, MN 55128
  **EIN:** 41–1739956                                         **Case No.:** 15–11707–LSS
Strategic Telecommunications, Inc.

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   PLEASE TAKE NOTICE that David Carickhoff, trustee for the above styled estate, has filed a Notice of Final Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 219 .

   The Court has scheduled a hearing regarding this report for 5/8/2025 at 2:30 at the U.S. Bankruptcy Court, 824 Market Street, Courtroom 2 , 6 floor, Wilmington, Delaware. The complete Notice of Final Report may be viewed by accessing the court's website at https://www.deb.uscourts.gov/trustees–final–reports.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 3/25/25

(VAN–485)